STATE of Maine

v.

**Donald C. WHITE.**

Supreme Judicial Court of Maine.

Argued May 10, 1984.

Decided May 23, 1984.

MEMORANDUM OF DECISION.

Donald C. White appeals his conviction for possession of a firearm by a convicted felon, 15 M.R.S.A. § 393 (1980). He asserts that because he possessed the firearm only when he was hunting, the court should have dismissed the prosecution pursuant to 17–A M.R.S.A. § 12 (1983) as a *de minimis* infraction. The issue was never raised below and we are not persuaded the failure to dismiss the case was obvious error affecting substantial rights. M.R.Crim.P. 52(b).

The entry is:

Judgment affirmed.

All concurring.

John R. Atwood, Dist. Atty., William R. Anderson (orally), Geoffrey Rushlau, Asst. Dist. Attys., Belfast, for plaintiff.

Richard M. Dostie (orally), Belfast, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.